# *Memorandum*



**2:25-cr-00332-MWC**

| Subject: | Date: |
|---|---|
| United States v. Ralph Olarte, et al | April 30, 2025 |

| To: | From: |
|---|---|
| BRIAN KARTH<br>Clerk, United States District Court<br>Central District of California | LANA MORTON OWENS<br>Assistant United States Attorney<br>Criminal Division |

FILED
CLERK, U.S. DISTRICT COURT
4/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

The above-referenced matter, being filed on April 30, 2025:

- Relates to (1) a matter that was pending in the USAO on or before December 8, 2017, the date the Honorable Wesley L. Hsu resigned from his position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Wesley L. Hsu was personally involved or about which he was personally consulted while employed in the USAO (between August 2000 and December 2017).

- Relates to a matter that was pending in the USAO on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

_____
LANA MORTON OWENS
Assistant United States Attorney